**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7330**

---

ROBERT CALVIN CRAIG, JR.,

                                  Petitioner - Appellant,

      versus

THEODIS BECK; JUANITA BAKER,

                                  Respondents - Appellees.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Chief District Judge. (CA-01-219-3-MU)

---

Submitted: January 29, 2003      Decided: February 14, 2003

---

Before LUTTIG and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Robert Calvin Craig, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Calvin Craig, Jr., seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have independently reviewed the record from the federal habeas proceeding and are satisfied that Craig has failed to make the requisite "substantial showing" of the denial of a constitutional right. See Craig v. Beck, No. CA-01-219-3-MU (W.D.N.C. filed May 22, 2001; entered May 23, 2001). Accordingly, we deny a certificate of appealability, deny the motion for leave to proceed in forma pauperis, and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). The motion for instant correction, docketing, and structural error is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2